**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PIRTEK USA, LLC,**

            **Plaintiff,**

-vs-                                      **Case No. 6:05-cv-793-Orl-28KRS**

**SCOTT LAYER, S AND L LIMITED, INC.,**
**SANDY LAYER, and SLL LIMITED, INC.,**

            **Defendants.**

## ORDER

This cause came on for consideration on the oral motion of counsel made at a Scheduling Hearing held December 9, 2005.

Thereon it is **ORDERED** that all parties, as well as counsel for the nonparty alleged contemnors, are permitted to conduct limited discovery on the issues raised by Plaintiff's Motion for Order to Show Cause as to Why Defendants Should Not Be Held in Contempt. Doc. No. 70. Inasmuch as there are additional proceedings pending, including arbitration, discovery shall be limited to the issues relating to the alleged contempt. This discovery shall be completed so that it will be available for the Evidentiary Hearing scheduled before the undersigned on January 31 to February 1, 2006.

It is further **ORDERED** that counsel for Pirtek USA shall cause this Order to be served on Monte Kramer.

**DONE** and **ORDERED** in Orlando, Florida on December 9, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties